UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-184-FDW

| | |
|---|---|
| BOBBY RAY GRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SCOTT S. HARRIS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's "Motion to Strike Reinstatement of Complaint," (Doc. No. 13), in which he asks the Court to strike his "Motion to Strike Voluntary Dismissal and Reinstate Complaint," (Doc. No. 10), because he believes this action may be premature.

The Court entered an Order on July 9, 2018, denying the Motion to Strike Voluntary Dismissal, etc., (Doc. No. 12).

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion to Strike Reinstatement of Complaint," (Doc. No. 13), is **DENIED** as moot.

Signed: July 12, 2018

Frank D. Whitney
Chief United States District Judge

1